UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CAROL BLOOM

Plaintiff,

-vs-   CASE NO.: 5:18-CV-00298-JSM-PRL

ADT LLC d/b/a
ADT SECURITY SERVICES,
Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, CAROL BLOOM, by and through her undersigned attorney, and hereby files this Notice of Voluntary Dismissal with Prejudice, of the above captioned matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

Respectfully submitted,

/s/ Joshua R. Kersey

Joshua R. Kersey
Florida Bar No. 087578
MORGAN & MORGAN, PA
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 225-5505
Facsimile: (813) 222-2490
JKersey@ForThePeople.com
JSherwood@ForThePeople.com
*Attorney for Plaintiff*